

ORDERED in the Southern District of Florida on January 5, 2016.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| GOODMAN AND DOMINGUEZ, INC.,[1] | Case No. 16-10056-RAM |
| TRAFFIC, INC., | Case No. 16-10060 |
| TRAFFIC LAS PLAZAS, INC., | Case No. 16-10061 |
| TRAFFIC PLAZA DEL NORTE, INC., | Case No. 16-10062 |
| d/b/a TRAFFIC, | |
| d/b/a TRAFFIC SHOES, | |
| | Chapter 11 |
| Debtors. | Jointly Administered |
| _____/ | |

**ORDER JOINTLY ADMINISTERING CHAPTER 11 CASES**

This matter came before the court

    ☒ ex parte or ;

    ☐ at a hearing on _____

on a motion filed pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1(A)(2).

The cases identified in the caption of this order are pending in this court by or against (1) a husband and wife, or (2) a partnership and one or more of its general partners, or (3) two or more general members of a partnership, or (4) a debtor and an affiliate. It appears that these cases

---

[1] The Debtors' current mailing address is 10701 NW 127 St, Medley, FL 33178. G&D and TI both use EIN 59-2268839. Las Plazas's EIN is 66-0726918 and Plaza del Norte's EIN is 66-0719972.

should be jointly administered as authorized under Bankruptcy Rule 1015 and Local Rule 1015-1.

Accordingly it is

**ORDERED** that:

1. These cases shall be jointly administered. Case No. 16-10056-RAM is designated the "lead case". Case numbers 16-10060, 16-10061 and 16-10062 are transferred to the undersigned judge.

2. A single case docket and court file will be maintained hereafter under the "lead case" number.

3. Pleadings filed in other than the lead case shall be captioned under the lead case name(s) and case number followed by the words "(Jointly Administered)" and beneath that caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and number of the case in which the claim is asserted. Separate claims registers shall be maintained for each case. Ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted on was filed.

4. The debtor-in-possession, or if applicable, trustee, will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

###

**Submitted by:**

Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Proposed Attorneys for the Debtors-in-Possession*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:     (305) 358-6363
Telefax:           (305) 358-1221

**Copies Furnished To:**
Joshua W. Dobin, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.